Jack Edwin HILL, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 16792.

United States Court of Appeals
Ninth Circuit.

Aug. 15, 1960.

Rehearing Denied Oct. 10, 1960.

Jack Edwin Hill, in pro. per.

C. E. Luckey, U. S. Atty., Robert C. Snashall, Asst. U. S. Atty., Portland, Or., for appellee.

Before HEALY, CHAMBERS and MERRILL, Circuit Judges.

PER CURIAM.

The order of the district court of January 4, 1960, denying relief under 28 U.S.C. § 2255 is affirmed, after consideration of the records and briefs in the cause.